[No. 4137-9-III. Division Three. February 11, 1982.]

THE STATE OF WASHINGTON, *Respondent, v.* TOMMY
LEE ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 6819, B. E. Kohls, J., entered August 4,

1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.